# Order

Michigan Supreme Court
Lansing, Michigan

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141810(75)

DEPARTMENT OF ENVIRONMENTAL
QUALITY and DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Plaintiffs-Appellants,

v

TOWNSHIP OF WORTH,
      Defendant-Appellee.

_____

SC: 141810
COA: 289724
Ingham CC: 07-000970-CE

      On order of the Chief Justice, the motion by the Michigan Association of Realtors for leave to file a brief *amicus curiae* is considered, and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011

_____
Clerk